# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  CALIFORNIA

**FILED**

MAY 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

DEBRA ROBERTS

Jail, 7000 Michael Canales Way, French Camp, CA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

2:06 - MJ - 0143  GGH

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about July 1, 2004 and on or about October 15, 2005 in **Solano, Yolo, and San Joaquin** Counties, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

- **knowingly and with intent to defraud produce, use, and traffic in one and more counterfeit access devices**

in violation of Title **18**, United States Code, Section(s) **1029(a)(1)**. I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

- **See attached affidavit**

X  Continued on the attached sheet and made a part hereof.

Signature of Complainant SA Timothy M. Kixmiller
United States Secret Service

Sworn to before me, and subscribed in my presence

May 4, 2006                                at   Sacramento, CA

Date                                            City and State

Hon. Gregory G. Hollows
U.S. Magistrate Judge                    GREGORY G. HOLLOWS

Name and Title of Judicial Officer          Signature of Judicial Officer

| | | |
|---|---|---|
| CITY AND COUNTY OF SACRAMENTO | ) | AFFIDAVIT IN SUPPORT |
| | ) | OF COMPLAINT AND |
| EASTERN DISTRICT OF CALIFORNIA | ) | ARREST WARRANT |

I, Timothy M. Kixmiller, a Special Agent of the United States Secret Service, being duly sworn, depose and state as follows:

I. EXPERIENCE AND TRAINING

    A.    I am a Special Agent with the United States Secret Service ("USSS") and have been so employed since September 2002. As a part of my official duties, it is my responsibility to investigate counterfeit traveler's checks, counterfeit currency, counterfeit corporate checks, counterfeit personal checks, identity theft and/or counterfeit identification, as well as other cases involving counterfeit securities and bank fraud. During my tenure I have completed training at the Federal Law Enforcement Training Center, in Glynco, GA. and the United States Secret Service Academy in Beltsville, MD. I am currently assigned to the San Francisco Field Office of the United States Secret Service, Financial Crimes Squad.

    B.    As a Special Agent with the USSS, I have participated in numerous criminal investigations relating to counterfeit travelers checks, counterfeit currency, counterfeit corporate checks, counterfeit personal checks, bank fraud, identity theft and counterfeit identification. I have also been briefed by and had conversations with other Special Agents within the USSS about other local and national cases involving counterfeit traveler's checks, counterfeit corporate checks, and counterfeit personal checks. I have also conducted investigations regarding the manufacturing and utterance of counterfeit currency and counterfeit traveler's checks, counterfeit corporate checks, counterfeit personal checks and counterfeit identifications.

    C.    I have had training concerning the production of genuine currency and travelers checks, as well as training in some of the various methods used to produce counterfeit currency, counterfeit traveler's checks, counterfeit corporate checks and counterfeit personal checks. I have also received training in the detection of counterfeit currency, counterfeit traveler's checks and counterfeit identification. It is my experience that a person involved in the production, distribution, utterance and possession of

counterfeit corporate checks, counterfeit personal
checks and counterfeit currency utilize computers,
printers, scanning devices, computer software, data
storage devices and counterfeit identification
documents.

II. PURPOSE OF AFFIDAVIT: ARREST WARRANT

    A. This affidavit is in support of a criminal complaint and arrest warrant for Debra Lee ROBERTS, a white female, D.O.B. 07/28/1961, who resides at 270 Ponderosa Drive, Vacaville, CA 95687, for violation of 18 U.S.C. 1029(a)(1) Access Device Fraud. (ROBERTS is currently incarcerated at the San Joaquin County Jail, 7000 Michael Canlis Way, French Camp, CA 95231).

    B. I make this affidavit in part on my personal knowledge gained from my participation in this investigation, in part on information gained from other USS agents, in part on my training and experience, in part on local law enforcement information obtained through field contacts and reports, and in part on information gained from various financial institutions.

III. FACTS

    A.   On 06/10/04, ROBERTS filed a police report with the Davis Police Department, stating she was a victim of robbery. At the time of the report, ROBERTS used the name Jill Fredrickson, DOB: 11-09-1963, of 903 Blossom Drive, Baker, California. Further investigation revealed Jill Rubio (aka Jill Fedrickson) was a victim of identity theft. During this time ROBERTS was a parolee at large with an outstanding felony warrant for her arrest.

    B.   On 07/01/04, ROBERTS was arrested by the West Sacramento Police Department at the Rite Aid, located at 1260 West Capitol Avenue, West Sacramento, California, for passing two (2) fictitious checks in the name of Kimberly Magrazo, 7213 Grenola Way, Sacramento, California 93610. The checks were drawn on Wells Fargo Account number 3001012586. Check # 2602 was written to Rite Aid in the amount of $93.52, dated July 1, 2004, Check # 2603 was written to Rite Aid in the amount of $91.76, dated July 1, 2004 (totaling $185.28). Both checks had the following California Driver's license (CADL) number written on the top of the checks: D6156307. (A computer check

2

revealed the driver's license number belongs to Deleon Anton Nicholas, 357 Grape Street, Vacaville, California). ROBERTS later admitted to writing the two above listed checks. At the time of ROBERTS arrest she was found to be in possession of the following items: two (2) counterfeit California driver's licenses (CADL) in the name of Kimberly Magrazo, CADL # D6156307; one (1) counterfeit Military Identification Card in the name of Kimberly Magrazo. All ID's contained ROBERTS photo. In addition three (3) counterfeit checks also were written in the name Kimberly Magrazo:

- Check # 2601, written to Wal-Mart in the amount of $106.67, dated June 30, 2004
- Check # 2604, written to Walgreens in the amount of $88.65, dated July 1, 2004.
- Check # 2600, written to Big Lots in the amount of $97.00, dated July 1, 2004.

C. On 05/19/05, ROBERTS was arrested by the Vacaville Police Department for violations of California Penal Code (CPC) 459 - Commercial Burglary, 476 PC - Passing Fraudulent Checks/Forgery, and 530.5 PC - False Personation, at the Vacaville Police Department. A review of the Vacaville Police reports indicated ROBERTS admitted to fraudulently manufacturing and passing checks drawn on Bank of America account 02240-03318, in the name of Susan Boman, CDL# A9942478, 295 Robert Street, Vacaville, CA 95687. The checks are as follows:

- Check # 1004, written to Raley's, in the amount of $163.18, dated 4-21-05.
- Check # 1006, written to Roundtable, in the amount of $37.95, dated 4-19-05.
- Check # 1007, written to Roundtable, in the amount of $100, dated 4-19-05.
- Check # 1007, written to Rite Aide, in the amount of $144.73, dated 4-20-05.
- Check # 1008, written to Ralphs, in the amount of $144.57, dated 4-17-05.
- Check # 1008, written to Old Town Furniture, in the amount of $179.10, undated.
- Check # 1009, written to Albertsons, in the amount of $104.45, dated 4-18-05.
- Check # 1014, written to Safeway, in the amount of $216.84, dated 4-17-05.

- Check # 1016, written to Rite Aide, in the amount of $153.83, dated 4-20-05.
- Check # 1016, written to Staples, in the amount of $227.37, dated 4-19-05.
- Check # 1018, written to Fed Ex Kinkos, in the amount of $59.08, dated 4-19-05.
- Check # 1019, written to Target, in the amount of $91.74, undated.
- Check # 1019, written to Rite Aide, in the amount of $235.62, dated 4-20-05.
- Check # 1020, written to Longs, in the amount of $99.93, dated 4-17-05.
- Check # 1022, written to Target, in the amount of $148.66, dated 4-19-05.

D. Further review of Vacaville Police reports indicated ROBERTS admitted to manufacturing and cashing the following two (2) checks:

- Check # 1896, written to Nugget, in the amount of $154.53, dated 05-15-05, drawn on Bank of America account 4400004212802, in the name of Rebecca Lynn Travis, 1449 Bluebird St., Fairfield, CA 94533, CDL# N4827665.
- Check # 2167, written to Nugget, in the amount of $138.97, dated 05-17-05, drawn on Bank o0f America account 00003-52839, in the name of Rebecca Lynn Travis and Joseph T. Travis, 712 Grenola Way, Citrus Heights, CA 95610, CDL# N4387865.

E. On 10/15/05, ROBERTS was arrested by the Lodi Police Department for violations of California Penal Code (CPC) 470 - Forgery/Counterfeiting, 459 PC - Commercial Burglary, 11377(A) HS - Possession of a Controlled Substance, 11364 HS - Possession of Controlled Substance Paraphernalia, and 148.9(A) - False Identification to a Peace Officer, at the Wal-Mart located at 2350 West Kettleman Lane, Lodi, California. At the time of ROBERTS's arrest, she was using the alias of Mandy Renee Monroe and was in possession of one (1) counterfeit California driver's license in the name of Marcy Bernice Monroe, license #B9361133, date of birth 06-25-81, with ROBERTS's photo. (A computer check revealed the driver's license number belongs to Joel Richard Rosenberg, 11722 Avon Way, apartment 101, Los Angeles, California 90066). Search incident to arrest revealed ROBERTS

4

was also in possession of the following: methamphetamine, a glass pipe containing residue, and four (4) counterfeit checks drawn on Bank of America account 00419-01304, in the name of Darcy B. Monroe, CDL# B9361133, 2911 Taylor Ave, Fairfield, CA 94533, and telephone number 707-425-5571 all preprinted on the checks. The checks are as follows:

- Check # 8070 containing a forged signature of Darcy B. Monroe.
- Check # 8077 written to Wal-Mart, in the amount of $207.03, dated 10-15-05.
- Check # 8078 written to Midas, in the amount of $141.96, dated 10-14-05.
- Check # 8080 was blank

IV. CRIMINAL HISTORY

A. On 04/28/06, an NCIC/CCH inquiry revealed an FBI number (492379T6), a California State Identification number (06288450) and a Florida State Identification number (03141743) associated with Debra ROBERTS. The NCIC/CCH inquiry further revealed the following aliases for Debra ROBERTS: Deborah Charmaine Jordan, Debra Barnecia, Debra Downey, Debra Lee Hewitt, Suzanne Hewitt, Debra Lee Hood, Debra Lee Jason, Deborah Charm Jordan, Debra Lee Jordan, Mandy Renee Monroe, Debbie Nolan, Debra Nolan, Debra Lee Nolan, Debra Ann Noland, Debra Roberts, Hood Roberts, Deborah Ann Rodgers, Debra Susan Champoo, Debra Hewitt, Jason Jordan Hewitt, Debra Hood, Karen Lynn James, Debora Jordan, Debra L Jordan, Kimberly Lynn Mardazo, Debbie Lee Nolan, Deborah Ann Nolan, Debra L Nolan, Deborah Noland, Debbie Lee Roberts, Debra Lee Roberts, and Nolan Roberts.

B. The California state identification number revealed numerous arrests from June 1978 to October 2005 for forgery, burglary, insufficient funds checks, possession of bad checks/money orders, making/possessing fictitious checks, possession of controlled substances, and assault with a deadly weapon. The following is a list of the convictions that are listed on ROBERTS criminal history:
- On 03/04/1982, ROBERTS plead guilty in Solano County, California to one (1) felony count of Forgery (470PC) and was sentenced to 60 months Probation and ordered to pay restitution.

5

- On 01/28/1983, ROBERTS was convicted in Solano County, California on one (1) count 476A (A) – Insufficient Funds: Checks and one (1) count 470 PC – Forgery. ROBERTS was sentenced to 2 years prison.
- On 03/19/1985, ROBERTS was convicted for felony possession of a controlled substance and was sentenced to 36 months Probation.
- On 06/18/1986, ROBERTS was convicted in Fairfield, California on one (1) count 470 PC-Forgery. ROBERTS was sentenced to 36 months Probation.
- On 08/14/1987, ROBERTS' Probation was modified and committed to state prison for 2 years.
- On 01/25/1991, ROBERTS was convicted in Solano County, California on one (1) felony count of 470 PC – Forgery and sentenced to four (4) years in prison.
- On 11/01/1995, ROBERTS was convicted in Solano County, California on one (1) felony count of 470 PC – Forgery. ROBERTS was sentenced to 36 months probation, 90 days jail, and restitution.
- On 06/11/1999, ROBERTS was convicted in Solano County, California of one (1) felony count of 459 PC – Second Degree Burglary and was sentenced to 28 months in prison.

I. The Florida state identification number revealed one (1) arrest by the Daytona Beach Police Department, on 08/20/1990, for passing a false or forged instrument. ROBERTS plead Nolo Contendre, on 07/26/1993, to a 3rd Degree Felony for passing a forged/false instrument, and sentenced to pay $2,940 in restitution and $255 in court costs.

//

//

//

//

//

//

6

V. CONCLUSION

Based on the above information, your affiant believes the DEBRA LEE ROBERTS, from 06-30-04 to 10-15-05, committed Access Device Fraud and Aggravated Identity Theft in violation of 18 U.S.C. 1029(a)(1).

I swear under penalty of perjury that the above facts are true and correct to the best of my knowledge.

TIMOTHY KIXMILLER, Special Agent
United States Secret Service

Approved as to form,

MATTHEW D. SEGAL, AUSA

Subscribed & sworn to before this ____ day of May, 2006 at Sacramento, California

GREGORY G. HOLLOWS
MAGISTRATE JUDGE GREGORY G. HOLLOWS
United States Magistrate
Eastern District of California

7