# UNITED STATES DISTRICT COURT **FILED**

EASTERN DISTRICT OF CALIFORNIA

MAY 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES OF AMERICA**

v.

**DEBRA ROBERTS**

San Joaquin Cty. Jail, 7000 Michael Canales Way, French Camp, CA

**WARRANT FOR ARREST**

CASE NUMBER: 2:06-MJ-0143 GGH

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice

charging him or her with (brief description of offenses)

knowingly and with intent to defraud producing, using and trafficking in one and more counterfeit access devices in violation of Title 18, United States Code, Section(s) 1029(a)(1)

| | |
|---|---|
| Hon. Gregory G. Hollows | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| GREGORY G. HOLLOWS (signature) | May 4, 2006 in Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ No Bail   by   Hon. Gregory G. Hollows
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Solano Co. Jail

| DATE RECEIVED 5/24/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/23/06 | Nicole Pfeiffer, Special Agent | N.P. |