```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CASE NO. MAG 06-143 GGH
                                  )
11             Plaintiff,         )
                                  )
12       v.                       )   STIPULATION AND ORDER TO
                                  )   EXTEND TIME FOR PRELIMINARY
13  DEBRA ROBERTS,                )   EXAMINATION AND EXCLUDE TIME
                                  )
14             Defendant.         )
    _____)
15
```

16  The parties agree that time beginning June 12, 2006 and
17  extending through July 14, 2006 should be excluded from the
18  calculation of time under the Speedy Trial Act.  Further, the
19  Defendant consents to an extension of the time for preliminary
20  examination until July 14, 2006.  Fed. R. Crim. P. 5.1(d).  The
21  parties submit that the ends of justice are served by the Court
22  excluding such time, so that they may have reasonable time
23  necessary for effective preparation, taking into account the
24  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
25  particular, the time is required so that the government and
26  defense may evaluate the evidence in this case and possibly reach
27  a pre-indictment disposition.  The parties stipulate that this
28  interest of justice outweighs the interest of the public and the

1

defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until July 14, 2006, or such time as either party may request a hearing for a purpose other than preliminary examination.

                                  Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

DATE: June 12, 2006         By:    /s/ Matt Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney


DATE: June 12, 2006             /s/ J. Toney
                                  J. TONEY
                                  Counsel for Debra Roberts


IT IS **SO ORDERED.**

DATED: June 13, 2006.

                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

Dad1/orders.criminal/roberts0143.stipord