```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```



FILED
DEC 1 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:06-CR-0506 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 1029(a)(1) |
| DEBRA ROBERTS | ) – Counterfeit Access Devices |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges:

DEBRA ROBERTS,

defendant herein, between on or about July 1, 2004 and on or about October 15, 2005 in Solano, Yolo, and San Joaquin counties, State and Eastern District of California, did knowingly and with intent to defraud produce, use, and traffic in at least one counterfeit access device, to wit, approximately twenty-five counterfeit checks, such

///
///
///

1 | conduct affecting interstate commerce, in violation of Title 18,
2 | United States Code, Section 1029(a)(1).
3 | Dated: December 19, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Matthew D. Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

PENALTY SLIP
(Information)

**DEFENDANT:**     **DEBRA ROBERTS**

VIOLATION:     18 U.S.C. § 1029(a)(1) - Counterfeit Access Devices

PENALTY:     Maximum 10 years imprisonment
$250,000 fine, or both;
Maximum 3-years supervised release.

ASSESSMENT:     Mandatory $100 special assessment.