1173665

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL
06 DEC 26 PM 3: 17
EASTERN DISTRICT
OF CALIFORNIA

**USA,**

v.

**DEBRA ROBERTS ,**

## WARRANT FOR ARREST

Case Number: **2:06−CR−00506−FCD**

To: The United States Marshal
and any Authorized United States Officer

# FILED

YOU ARE HEREBY COMMANDED to arrest        **Debra Roberts ,**

JAN 1 0 2007

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

☐ Indictment        ☐ Information        ☑ Violation Petition        ☐ Other

charging him or her with (brief description of offense)

**Pretrial Services Violation**

in violation of Title . **18**        United States Code, Section(s)    **3148(b)**

| | |
|---|---|
| K. Carlos | Deputy Clerk |
| Name of Issuing Officer. | Title of Issuing Officer |
| KCarlos | **12/26/06**        **Sacramento** |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at - **$no bail** - | by        **Judge Edmund F. Brennan** |

---

### RETURN

This warrant was received and executed with the arrest of the above−named defendant

| | |
|---|---|
| **12 - 26 -06** | Tim McCollum  DUSM |
| Date Received | Name and Title of Arresting Officer |
| **1/8/07** | #2410 |
| Date of Arrest | Signature of Arresting Officer |