```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Defendant
 6
```

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

```
 9  UNITED STATES OF AMERICA,     )
                                  )   Cr. No. S-06-0506 FCD
10        Plaintiff,              )
                                  )   STIPULATION AND ORDER
11     v.                         )
                                  )   CONTINUING STATUS
12  DEBRA ROBERTS                 )
                                  )   CONFERENCE
13                                )
          Defendant,              )
14  _____)

15
```

16      By agreement between the parties, the above-entitled case

17 should be reset for Status hearing from March 19, 2007 to

18 April 9,2007 at 10:00 AM.  This rescheduling is needed so the

19 parties can complete matters that would facilitate disposition.

20      Additionally, new discovery has been provided to the Defendant

21 that requires additional time to prepare for trial, if such is

22 needed.  The parties stipulate that the time until April 9, 2007 is

23 excluded under the Speedy Trial Act pursuant to local code T4.

24 ///

25 ///

26 ///

27 ///

28
                                  1

1
2  Dated: March 16, 2007
3   /s/ Matthew D. Segal                /s/ J. Toney
4  Matthew D. Segal                     J. Toney
5  Assistant U.S. Attorney              Attorney for Defendant
6
7       IT IS SO ORDERED
8  DATED: March 16, 2007
9
10
11 _____
   FRANK C. DAMRELL, JR.
12 UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                    2