KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 357
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Debra Roberts

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. Cr.S. 06-0506 FCD ) |
| Plaintiffs, | ) ) **STIPULATION AND ORDER** |
| v. | ) ) |
| DEBRA ROBERTS, | ) ) |
| Defendant. | ) |

The defendant, Debra Roberts, by and through counsel Krista Hart, along with the plaintiff, United States (government), by and through counsel Assistant U.S. Attorney Matthew Segal, hereby stipulate and agree that the status conference currently set for Monday, April 9, 2007, be vacated and reset for April 30, 2007 at 10:00 a.m.

The parties further stipulate and agree that the time from April 9, 2007, through April 30, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into

1 account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv)
2 (Local Code T4).  Specifically, present defense counsel was appointed
3 on April 7, 2007.  The additional time is necessary to allow new
4 counsel to review 562 pages of discovery, review the proposed plea
5 agreement and to confer with Ms. Roberts.  The parties stipulate and
6 agree that the interests of justice served by granting this continuance
7 outweigh the best interests of the public and the defendant in a speedy
8 trial.  18 U.S.C. § 3161(h)(8)(A).

10 April 5, 2007                              /s/ Krista Hart
                                              Attorney for Debra Roberts

13 April 5, 2007                              McGREGOR SCOTT
                                              United States Attorney

15                                             /s/ Matthew Segal
                                              Assistant U.S. Attorney
16                                            (Signed by Krista Hart)

18                              **O R D E R**

20     **IT IS SO ORDERED.**

21
DATED: April 5, 2007

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

2