```
 1  KRISTA HART
    Attorney at Law
 2  State Bar No. 199650
    428 J Street, Suite 357
 3  Sacramento, CA  95814
    (916) 498-8398
 4

 5  Attorney for Defendant
    Debra Roberts
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. Cr.S. 06-506 FCD |
| Plaintiffs, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| DEBRA ROBERTS, ) | |
| Defendant. ) | |

The defendant, Debra Roberts, by and through counsel Krista Hart, along with the plaintiff, United States (government), by and through counsel Assistant U.S. Attorney Matthew Segal, hereby stipulate and agree that the status conference currently set for Monday, April 30, 2007, be vacated and reset for June 25, 2007 at 10:00 a.m.

The parties further stipulate and agree that the time from April 30, 2007, through June 25, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).  Specifically, present defense counsel was appointed on April 7, 2007.  The additional time is necessary to allow counsel to complete her review of the 562 pages of discovery, to further confer with Ms. Roberts concerning the case and to conduct necessary investigation.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

April 27, 2007                    /s/ Krista Hart
                                  Attorney for Debra Roberts


April 27, 2007                    McGREGOR SCOTT
                                  United States Attorney

                                   /s/ Matthew Segal
                                  Assistant U.S. Attorney
                                  (Signed by Krista Hart)


**O R D E R**

**IT IS SO ORDERED.**

DATED: April 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE