**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DEBRA ROBERTS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-cr-00506 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| DEBRA ROBERTS, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew Segal, and defendant, Debra Roberts, by and through her counsel, Erin J. Radekin, agree and stipulate to vacate the date set for sentencing on Ms. Robert's violation of supervised release, August 3, 2012 at 9:00 a.m., and to continue sentencing to August 31, 2012 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that Ms. Radekin is newly appointed in this case (on July 24, 2012) and needs additional time to investigate non-prison sentencing options, other mitigation for use at sentencing, and to prepare for sentencing. The Court is advised that Mr. Segal concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf. The court is further advised that Probation Officer Phillip Mizutani concurs with this continuance and the date requested

1  for sentencing.

2          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3  IT IS SO STIPULATED

4  Dated: August 1, 2012                              BENJAMIN WAGNER
                                                       United States Attorney
5
                                                   By:_____/s/ Matthew Segal_____
6                                                      MATTHEW SEGAL
                                                       Assistant United States Attorney
7

8  Dated: August 1, 2012                   _____/s/ Erin J. Radekin_____
9                                                      ERIN J. RADEKIN
                                                       Attorney for Defendant
10                                                     DEBRA ROBERTS

11

12                                         **<u>ORDER</u>**
13
        IT IS HEREBY ORDERED that sentencing hearing currently scheduled for August 3, 2012 at
14
   9:00 a.m. be VACATED and the matter continued to August 31, 2012 at 9:00 a.m. for sentencing on
15
   Ms. Roberts' violations of supervised release.
16

17  Dated:  August 1, 2012

18                                         _____
19                                         GARLAND E. BURRELL, JR.
                                           Senior United States District Judge
20

21

22

23

24

25

26

27

28