UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 03, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBRA ROBERTS,

    Defendant.

Case No. 2:06-cr-00506-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DEBRA ROBERTS ,

Case No.  2:06-cr-00506-GEB , from custody for the following reasons:

    **X**   Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ ___

    ___ Unsecured Appearance Bond $ ___

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    **X**   (Other):  Conditions previously imposed under supervised release.

Issued at Sacramento, California on December 03, 2013 at 2:15

By: _____

Magistrate Judge Carolyn K. Delaney