1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY D. HARTEL HAUS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:06-CR-0506-GEB
   |                                        |
12 |                      Plaintiff,        | D.D [PROPOSED] ORDER TO ISSUE BENCH
   |                                        | WARRANT
13 |            v.                          |
   |                                        |
14 | DEBRA LEE ROBERTS,                     |
   |                                        |
15 |                      Defendant.        |

16
       On May 23, 2014, this Court revoked the supervised release of Defendant Debra Lee Roberts,
17
   and committed her to the custody of the Bureau of Prisons to be imprisoned for ten months. The Court
18
   ordered her to self-surrender before 2:00 p.m. on July 18, 2014. *See* CR 98, 99. Defendant has not self-
19
   surrendered. It is ordered that a bench warrant shall issue.
20

21   Dated:  8/1/14                              *Dale A. Drozd*
22                                               DALE A. DROZD
                                                 UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28