Re: Debra Roberts - V -
Attorney - J. Toney

x8354

**FILED**
MAR 3 1 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORN
By _____
DEPUTY CLERK

Judge Burrell:                    March 25, 2015

2:06 CR 506 GEB

Thank you for taking the time to read my letter. I am hoping that you can help me, this is all quite frustrating for me & for Mr. Toney my lawyer who on his own accord stepped in to offer his legal services. Mr. Toney has been my attorney in my federal case in the past. Okay to the point. I am no longer on supervision. I am serving the last 87 days of my 10 month probation violation that you sentenced me to on August 19, 2014. During that period my cell mate - Neesha Jackson made death threats against, the prosecutor Matt Segal, as well as U.S. Marshal Kelly Polk. This has all been documented. I was given a polygraph & it was determined I was infact telling the truth. But that Neesha did not have the means, nor the real solid intention of carrying out this threat. Well Judge Burrell, I had no way of knowing this. If something would have happened, how would that have looked on my part. After the investigation was completed Mr. Toney said he was going to ask the prosecution for a rule 35 to see if maybe I could get a few months shaved off of my sentence. He was passed around from prosecutor to prosecutor - until he was

(2)

finally told to speak with prosecutor Sherry Haus. Mr. Toney is as frustrated as I am Mr. Toney. So is it alright to threaten a prosecutor & a U.S. Marshal's life? I took a polygraph judge Burell it was determined that I was telling the truth. Is that not worth a few months off of my sentence? Thank you for taking the time to read this letter.

Debra Roberts

I am in the Sac county jail because I was late turning myself into the 1/2 way house. I was in constant contact with Teri Hogin, Elmer with warrants with the marshals office, Ethel with B.O.P. So I'm just waiting to go back to the 1/2 way house in Dublin. If you have any questions Mr. Toney is my Lawyer.